29 So.2d 908

### Lee Elton WALKER v. STATE.

8 Div. 515.

Court of Appeals of Alabama.

Nov. 19, 1946.

F. S. Parnell, of Florence, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

29 So.2d 908

### Lee WALKER v. STATE.

8 Div. 516.

Court of Appeals of Alabama.

Nov. 19, 1946.

F. S. Parnell, of Florence, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

33 So.2d 283

### Pearlie WALKER v. STATE.

1 Div. 549.

Court of Appeals of Alabama.

Nov. 25, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

33 So.2d 283

### Walter WALKER and Vernon Walker v. STATE.

6 Div. 455.

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

33 So.2d 283

### Willie WARREN v. STATE.

4 Div. 36.

Court of Appeals of Alabama.

Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

33 So.2d 283

### Clarence WATKINS v. STATE.

6 Div. 477.

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.